UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DEE A. REED, | ) | CASE NO. CV 11-1805 AGR |
| Plaintiff, | ) ) | |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to this Court's Case Management Order of March 14, 2011, the parties were to file a Joint Stipulation in compliance with Paragraph IX of the Court's Order within sixty-six (66) days of the filing of the Answer, i.e., by November 14, 2011. To date, the Joint Stipulation has not been filed with the Court. Accordingly, **no later than December 14, 2011, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to abide by Court Orders. Filing of the Joint Stipulation on or before December 14, 2011, shall be deemed compliance with this Order to Show Cause.

DATED: November 21, 2011

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE